UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

_____

In re:

ANTHONY J. FRISCH,                                              Case No. DG 11-12290
                                                                Chapter 7
         Debtor.                                              Hon. Scott W. Dales
_____/

MARCIA R. MEOLI, CHAPTER 7                                      Adversary Pro. No. 13-80072
TRUSTEE,

         Plaintiff,

v.

KAREN S. THRUN, JANICE WATERWAY,
and ANTHONY J. FRISCH,

         Defendants.
_____/

## JUDGMENT IN AN ADVERSARY PROCEEDING

      PRESENT:    HONORABLE SCOTT W. DALES
                       United States Bankruptcy Judge

In accordance with the Opinion Regarding Defendants' Motion to Dismiss Adversary Proceeding entered this date:

IT IS ORDERED, ADJUDGED AND DECREED that the beneficial interest of Anthony J. Frisch (the "Debtor") in the Barbara J. Scheid Trust, dated January 10, 2001, as amended, is included within the property of the Debtor's bankruptcy estate.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that, except as provided in the immediately preceding paragraph, Plaintiff Marcia R. Meoli shall recover nothing and the adversary proceeding shall be dismissed, without prejudice, and without costs.

IT IS FURTHER ORDERED that the clerk shall serve a copy of this Judgment in an Adversary Proceeding pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Marcia R. Meoli, Esq., James W. Alexander, Esq., Karen S. Thrun, Laura E. Morris, Esq., Elisabeth M. Von Eitzen, Esq., Janice Waterway, Anthony J. Frisch, and William R. Farley, Esq.

**IT IS SO ORDERED.**

**Dated June 26, 2013**



_____
Scott W. Dales
United States Bankruptcy Judge